### Clyde F. BEL, Sr., George Credo and The Times-Picayune Publishing Company.

No. 46968.

Nov. 12, 1963.

Court of Appeal, Fourth Circuit. 156 So.2d 250.

Writ granted as to the sustaining of the exception of no cause of action filed by Bel and Credo. Otherwise the writs are refused.

157 So.2d 235

### Ervin M. WILSON

v.

### MARQUETTE CASUALTY COMPANY et al.

No. 46997.

Nov. 12, 1963.

In re: Herman LaMothe, Jr., Jefferson Music Company and Marquette Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 331.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the result it reached.

157 So.2d 235

### Mrs. Virginia SOPRANO

v.

### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

No. 46942.

Nov. 12, 1963.

Court of Appeal, Third Circuit. 155 So. 2d 287.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.